UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Megan Davis

Civil Case # 1:18-cv-03552-RLY-TAB

### NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Megan Davis.

| | |
|---|---|
| Dated: April 14, 2025. | Respectfully submitted,<br><br>*/s/ Ben C. Martin*<br>Ben C. Martin, TX Bar No. 13052400<br>**Ben Martin Law Group, PLLC**<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>Tel.: (214) 761-6614<br>Fax: (214) 744-7590<br>bmartin@bencmartin.com<br><br>***Attorney for Plaintiff*** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                  */s/ Ben C. Martin*
                                  Ben C. Martin